PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashan Michel     Case Number: 1:20-CR-00404

Name of Sentencing Judicial Officer: Mark H. Cohen, U.S. District Court Judge

Date of Original Sentence: October 17, 2019

Original Offense: Conspiracy to Commit Bribery, 18 U.S.C. § 371

Original Sentence: Time served followed by 2 years supervised release with the following special conditions: financial disclosure; anger management at the direction of probation officer; structured child support payment schedule; and travel with 48 hours notice (amended on October 23, 2019)

Type of Supervision: Supervised Release     Date Supervision Commenced: October 17, 2019

Assistant U.S. Attorney: Not Yet Assigned     Defense Attorney: Private Attorney

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **Violation of Special Condition:** **The offender is permitted to travel throughout the United States on the condition that he provides his probation officer with 48 hours' advanced notice of his travel.**

(a) On November 18, 2019, the offender submitted a travel request less than 48 hours in advance of his travel time. He was reminded of the requirement to submit travel requests at least 48 hours in advance.

(b) On December 15, 2019, the offender emailed this officer that he would be traveling on December 16, 2019. In an email to the offender, this officer reminded him that travel requests were to be submitted 48 hours in advance. In addition, on January 17, 2020, the offender received a verbal reprimand and was re-instructed as to the proper travel requirements.

(c) On January 23, 2020, the offender emailed this officer via text that he was going to see his daughter the following day. On January 24, 2020, the offender was instructed to return to the Northern District of Georgia, and his travel was restricted until he was in compliance with his travel condition. On January 28, 2020, the offender received a written reprimand regarding travel and following the probation officer's instructions. He

**Page 2 - MICHEL, Rashan**

was directed to submit a travel request form, filled out with all travel information, including time and date of departure, at least 48 hours in advance of travel. It stated in the written reprimand that failure to comply with these conditions of supervision may be grounds for Court notification or action in the future. The offender received this written reprimand via email on January 28, 2020.

(d) On September 23, 2020 at 6:50 p.m., the offender submitted a travel request for travel on September 25, 2020, departing at 8:00pm, and returning on September 30, 2020, to Ft. Lauderdale, Florida, to see clients. The travel request form indicated that the offender would be traveling via Spirit Airlines Flight #3001 and returning via rental car. This officer emailed the offender on September 25, 2020, that the travel was approved. However, upon review of a Spirit Airlines online flight status check for Flight 3001 on September 25, 2020, this officer learned that the flight left at 11:00 a.m. on the same date, not 8:00 p.m. as stated on the offender's travel request. On the same date, this officer emailed the offender to provide a copy of his boarding pass, either a physical paper copy or electronic copy. On October 2, 2020, this officer spoke with the offender and he reported that he would provide a copy of the boarding pass that date. However, the offender reported via email on October 3, 2020, that he did not have a copy of the boarding pass. On October 5, 2020, this officer spoke with the offender about the violation; the offender admitted that he did not submit travel within 48 hours as previously instructed and was not truthful on his travel request form.

In October and November 2020, this officer reviewed Michel's financial investigation that he submitted to this officer in September 2020, which included a review of his personal and business accounts. This officer found additional violations of the offender leaving the district without notifying this officer 48 hours in advance:

(e) On July 8, 2020, there was a purchase for Spirit Airlines; however, Michel was not approved for travel outside of the Northern District of Georgia.

(f) On July 28, 2020, there was a purchase for Trattoria Zaza in Birmingham, Alabama, which is located at 207A 20th Street North, in Birmingham, Alabama; however, Michel was not approved for travel outside of the Northern District of Georgia.

(g) On August 4, 2020, there was a purchase for Santos Coffee in Hoover, Alabama, which is located at 1021 Brocks Gap Parkway, Suite 101, in Hoover, Alabama; however, Michel was not approved for travel outside of the Northern District of Georgia.

(h) On August 4, 2020, there was a purchase for Mugshots Grill and Bar in Pearl, Mississippi, which is located at 417 Riverwind Drive, in Pearl, Mississippi; however, Michel was not approved for travel outside of the Northern District of Georgia.

(i) On August 12, 2020, there were several purchases: Cajun Queen in Charlotte, North Carolina, which is located at 1800 E 7th Street, in Charlotte, North Carolina; Chick-Fil-A in Gaffney, South Carolina, located at 1704 W Floyd Baker Boulevard, in Gaffney, South Carolina; Sports One Bar and Lounge in Charlotte, North Carolina, located at 521 North College Street, in Charlotte, North Carolina; and QuikTrip in Piedmont, South Carolina, located at 2085 Highway 86, in Piedmont, South Carolina. Michel was not approved for travel outside of the Northern District of Georgia.

(j) On August 17, 2020, there were several purchases: Nuzzi Gelato in Birmingham, Alabama, which has numerous locations in Birmingham, Alabama, and Lizard Thicket in Birmingham, Alabama, which is located at 216 Summit Boulevard, Suite 114, in Birmingham, Alabama. Michel was not approved for travel outside of the Northern District of Georgia.

(k) On August 24, 2020, there were several purchases: Zoe's Kitchen in Greenville, South Carolina, which has numerous locations in Greenville, South Carolina, and McDonald's in Greenville, South Carolina, which is located at 1111 Woodruff Road, in Greenville, South Carolina. Michel was not approved for travel outside of the Northern District of Georgia.

Page 3 - MICHEL, Rashan

(l) On August 28, 2020, there was a purchase from Outback in Charlotte, North Carolina, which is located at 8338 Pineville-Matthews Road in Charlotte, North Carolina. Michel was approved for travel outside of the Northern District of Georgia to Jacksonville, Florida; Orlando, Florida; and Birmingham, Alabama, but not for North Carolina.

2. **Violation of Special Condition #1: Failure to Make Full and Complete Disclosure of Your Finances and Submit to an Audit of Your Financial Documents at the Request of Your Probation Officer.**

Rashan Michel submitted signed financial documents, which asked for him to disclose all assets, liabilities, monthly cash inflows and monthly cash outflows. A credit report revealed that Michel obtained a secured, fixed rate account with Atlantica in July 2020. However, he failed to disclose that account on the financial documents that he provided.

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ November 5, 2020 _____

U.S. Probation Officer
Ashley N. Brimmer

K. Stan Tinsley
Supervisor U.S. Probation Officer
Date: 11/5/2020

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons.

☐ Other:

Signature of Judicial Officer

November 13, 2020
Date