# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00404-MHC USA v. Rashan Michel
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 02/02/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | COURT REPORTER: Judith Wolff |
| TIME COURT CONCLUDED: 11:55 A.M. | CSO/DUSM: Kevin Woodall |
| TIME IN COURT: 00:55 | USPO: Ashley Brimmer |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lynn Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Rashan Michel Present at proceedings |
| ATTORNEY(S) PRESENT: | Amy Palumbo representing USA<br>Max Richardson representing Rashan Michel |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was MODIFIED. |
| MINUTE TEXT: | Court summarized the status and history of this case. No objections to the guideline calculations. Defendant admits the allegations. Counsel presented arguments regarding a reasonable sentence. Judge gave the defendant the right of allocution. Defendant declined to make a statement on his behalf. The Court finds that defendant did violate conditions of supervised release. Court finds supervised release is modified. See order for details. 3553 factors given. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |